IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE PARKER and | § | |
| GEORGE K. TRAMMELL, III, | § | No. 9, 2019 |
| | § | |
| Defendants Below, | § | Court Below—Superior Court |
| Appellants, | § | of the State of Delaware |
| | § | |
| v. | § | C.A. No. S18C-06-021 |
| | § | |
| WILLIAM H. CLAUS, IV, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted:  March 25, 2019
Decided:     April 4, 2019

# **ORDER**

On February 15, 2019, the Senior Court Clerk issued notices, by certified mail, directing the appellants to show cause why this appeal should not be dismissed for their failure to pay the Superior Court record preparation fee.  Appellant George K. Trammell, III received the notice to show cause by February 27, 2019, but has not responded.  After the notice to show cause sent to Stephanie Parker was not returned, the notice to show cause was re-sent to her by first class mail on March 13, 2019.  She has not responded.  Both appellants failed to response to the notice to show cause within the required ten-day period.  Dismissal of this action is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice